UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON
DIVISION 1 - EUGENE DIVISION

IN RE:                                              CASE NO. 13-62680-tmr13
                                                    CHAPTER 13
RODNEY A KLENSKI
HEIDI L KLENSKI                                     JUDGE THOMAS M RENN

        DEBTORS                              **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, NALIKO MARKEL, TRUSTEE files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** WELLS FARGO BANK

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 11 | 1873 | $258,085.00 | $2,041.58 | $2,041.58 |
| Total Amount Paid by Trustee | **279 59TH AVE SE** | | | $2,041.58 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

    ___ Through the Chapter 13 Conduit      **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 13-62680-tmr13

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 14th day of August, 2018.

RODNEY A KLENSKI, HEIDI L KLENSKI, 279 59TH AVE SE, SALEM, OR  97317

ELECTRONIC SERVICE - KRISTIN E OLSEN, PO BOX 3064, SALEM, OR  97302

WELLS FARGO FINANCIAL BANK, PAYMENT PROCESSING, PO BOX 14487, DES MOINES,

ELECTRONIC SERVICE - Wells Fargo Bank NA, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700

ELECTRONIC SERVICE - United States Trustee

Date:  August 14, 2018                                        /s/ NALIKO MARKEL, TRUSTEE
                                                              NALIKO MARKEL, TRUSTEE
                                                              Chapter 13 Trustee
                                                              400 E. 2nd Avenue Suite 200
                                                              EUGENE, OR  97401